dollars costs and disbursements. The bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK W. HUBER, INC., Appellant, v. ROBERT D. DOUGLASS and Others, Copartners, etc., Respondents.— Order so far as appealed from modified by granting motion as to items 7 and 9, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order with notice of entry thereof. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SEVENTH NATIONAL BANK OF NEW YORK, Respondent, v. JOSEPH J. SCHICKLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling. P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE KALBFLEISCH CORPORATION, Respondent, v. HERCULES POWDER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling. P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE KALBFLEISCH CORPORATION, Respondent, v. HERCULES POWDER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy. Martin and O'Malley, JJ.

THE CALUMET COMPANY, Appellant, v. JAMES H. R. CROMWELL, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date and place for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE SCHINDLER, Respondent, v. ROYAL INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

ROSE SCHINDLER, Respondent, v. HARTFORD FIRE INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling. P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE SCHINDLER, Respondent, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

C. LUDWIG BAUMANN, Plaintiff, v. DEWITT STETTEN, as Trustee, etc., Defendant. LAWRENCE S. GREENBAUM, as Trustee, etc., Respondent; BERENICE L. BAUMANN, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements to the appellant, and motion to vacate notice denied, except as to items 1, 3 and 6. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MONARCH ESTATE, INC., Respondent, v. MODEL CONCRETE Co., INC., and Others, Defendants, Impleaded with FIFTH AVENUE AND TWENTIETH STREET GARAGE CORPORATION and ELISA DE PRIMIO, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM C. TONETTI, an Infant, etc., by EMIL TONETTI, His Guardian ad Litem, Respondent, v. JOHN R. SHANNON, Appellant.— Order affirmed, with ten dollars